# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL J. LAWRENCE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-10-462-M |
| ) | |
| JAMES RUDEK, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

On June 30, 2010, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition be dismissed without prejudice due to Petitioner's failure to cure deficiencies and the Court's lack of jurisdiction to consider his second habeas petition. Petitioner was advised of his right to object to the Report and Recommendation by July 20, 2010. A review of the court file reveals that no objection was filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 30, 2010; and

(2) DISMISSES the petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED this 21st day of July, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE